IN THE SUPREME COURT OF NORTH CAROLINA

No. 410A12

FILED 12 APRIL 2013

STATE OF NORTH CAROLINA

v.

KEITH DONNELL MILES


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 730 S.E.2d 816 (2012), finding no error in defendant's trial resulting in a judgment imposing a sentence of life imprisonment without parole entered on 16 March 2011 by Judge Ronald E. Spivey in Superior Court, Wilkes County, upon a jury verdict finding defendant guilty of first-degree murder.  Heard in the Supreme Court on 12 March 2013.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State.*

*Rudolf Widenhouse & Fialko, by M. Gordon Widenhouse Jr., for defendant-appellant.*

PER CURIAM.


AFFIRMED.